# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP HUGHES, | 3:18-CV-0607-MMD-CLB |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 24, 2020 |
| LISA WALSH, et al., | |
| Defendants. | |

**PRESENT:** THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN   **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

A scheduling order was issued on April 24, 2020 which set the dispositive motion deadline on August 24, 2020 (ECF No. 25). Defendants have now filed a motion for a 120-day extension of time to file a dispositive motion due to the "stay at home" directive issued on April 1, 2020 due to the COVID pandemic.

The "stay at home" directive was issued 145 days ago. The Court, the AG's Office, other government agencies, and private attorneys have been working under the current COVID restrictions for months now. There has been more than sufficient time to adjust to the work from home orders and this reason alone will no longer be a sufficient basis for extensions of time. Therefore, defendants' motion for extension (ECF No. 25) is **GRANTED in part**. Defendants shall have thirty days until **September 23, 2020** to file a dispositive motion.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk