UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHILLIP HUGHES,

        Plaintiff,

v.

LISA WALSH, et al.,

        Defendants.
_____/

Case No. 3:18-CV-0607-MMD-CLB

**ORDER**

On September 23, 2020, defendants filed a motion for summary judgment (ECF No. 36). Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 40). Plaintiff was granted an extension of time to November 12, 2020 to file an opposition to the motion (ECF No. 44). To date, plaintiff has failed to file an opposition.

The court will *sua sponte* grant plaintiff one ***final*** extension of time to **Monday, November 30, 2020** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If plaintiff fails to file an opposition, the motion will be submitted to the court for decision.

IT IS SO ORDERED.

DATED: November 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE