# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILLIP H. HUGHES,

        Plaintiffs,

v.

LISA WALSH, et al.,

        Defendants.

3:18-cv-0607-MMD-CLB

**ORDER**

    Plaintiff's motion to amend (ECF No. 50) is **DENIED** as untimely. The deadline to file a motion to amend was June 23, 2020 (ECF No. 25). Plaintiff's motion was filed seven months after the deadline to amend and over four months following defendants' motion for summary judgment (ECF No. 36).

    **DATED:** February 10, 2021.

_____
UNITED STATES MAGISTRATE JUDGE